# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID JOHN HARRIS,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 82601

**FILED**

MAR 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a dismissal of petition and amended petition to issue a writ of habeas corpus. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

A review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on January 4, 2021. The district court served notice of entry of that order on appellant on January 5, 2021. Appellant did not file the notice of appeal, however, until March 3, 2021, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Nathan Tod Young, District Judge
David John Harris
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk